

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

### Lienholder

**ELT Lien ID**  48411290
**Lienholder**  CARVANA LLC
**Lienholder Address**  PO BOX 29002
PHOENIX, AZ 850389002

**Lien Release Date**

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 5NPE24AF1HH496354 | **Issuance Date** | 1/16/2020 |
| **Title Number** | 9017200024907 | **Received Date** | 1/16/2020 |
| **Title State** | NC | **ELT/Paper** | ELECTRONIC |
| **Year** | 2017 | **Odometer Reading** | 0 |
| **Make** | HYUN | **Branding** | |
| **Model** | | | |
| **Owner 1** | VERLINDA VINSTON BARNETT | | |
| **Owner 2** | | | |
| **Owner Address** | 71 S PARKSIDE DR<br>PITTSBORO, NC 273126062 | | |

**Printed:** Thursday, January 16, 2020 9:59:32 AM PST

EXHIBIT – B –