**SO ORDERED.**

**SIGNED this 10th day of December, 2020.**



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| James Willard Barnett, Jr. | ) | |
| Verlinda Vinston Barnett | ) | |
| | ) | Case No. |
| Debtors | ) | B-19-80959 C-13D |
| | ) | |
| Richard M. Hutson, II, | ) | |
| Trustee, | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | Adversary Proceeding No.: 20-09011 |
| v. | ) | Chapter 13 |
| | ) | |
| Carvana, LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER DENYING MOTION TO APPROVE SETTLEMENT

On December 3, 2020, a telephonic hearing was held on Motion by the Trustee to approve settlement of Adversary Proceeding pursuant to 11 U.S.C. §549 against Carvana, LLC. ("Carvana"). At the hearing, Benjamin E. Lovell, Esq. appeared on behalf of the Plaintiff and Joseph Vonnegut, Esq. appeared on behalf of Carvana. No other party appeared. The Court, having heard and considered the statements of counsel, finds that the Debtors' underlying Chapter 13 case was dismissed prior to the hearing on the Motion; therefore, it is

ORDERED that the Motion to Approve Settlement of the Adversary Proceeding is denied as moot by reason of the dismissal of the underlying Chapter 13 case prior to the hearing.

END OF DOCUMENT

**PARTIES IN INTEREST**
Page 1 of 1
B-20-09011 C-13D

William P. Miller, Esq.                ** CM/ECF **
U.S. Bankruptcy Administrator
John T. Orcutt, Esq.                   ** CM/ECF **
Attorney for Debtors

Carvana, LLC
Attn: Managing Agent / Officer
P O Box 29018
Phoenix, AZ 85038

Carvana, LLC
Attn: Managing Agent / Officer
1930 W. Rio Salado Pkwy.
Tempe, AZ 85281

Joseph J. Vonnegut, Esq.
Post Office Box 2505
Fayetteville, NC 28302